UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FREDERICK J. MCCONNELL and NORMA MCCONNELL, <br><br> Plaintiffs, <br><br> vs. <br><br> COMMERCIAL CARRIERS, INC., et. al., <br><br> Defendants. | Case No. 4:03CV253 RWS |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Motion to Extend the <u>Daubert</u> Hearing [#106]. That motion will be granted. **Additionally**, at the conclusion of the hearing, the Court may wish to inquire further about the outstanding motions for summary judgment. The parties should be prepared to answer any questions the Court has pertaining to these motions.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Extend Hearing [#106] is **GRANTED.** The <u>Daubert</u> hearing will be rescheduled to **July 7, 2005, at 1:30 p.m.** in Courtroom 10 South.

Dated this <u>21st</u> Day of June, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE